**IN THE UNITED STATED DISTRICT COURT**
**FOR THE NOTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **MELISSA GOMEZ,** <br> **Individually and on behalf of all other** <br> **similarly situated individuals** <br>                **Plaintiff(s),** <br><br> **vs.** <br><br> **ERMC PROPERTY MANAGEMENT** <br> **COMPANY, LLC,** <br><br>            **Defendant.** | **CASE NO.:    3:13cv1081** <br><br> **Judge Jeffrey J. Helmick** <br><br><br> **PLAINTIFF'S CONSENTED TO** <br> **MOTION TO AMEND** <br> **COMPLAINT BY** <br> **INTERLINEATION** <br><br> **Widman & Franklin, LLC** <br> **John D. Franklin (0055359)** <br> **Kera L. Paoff (0082674)** <br> **Amy L. Zawacki (0082683)** <br> **405 Madison Ave., Suite 1550** <br> **Toledo, Ohio  43604** <br> **Ph.: (419) 243-9005** <br> **Fax: (419) 243-9404** <br> **John@wflawfirm.com** <br> **Kera@wflawfirm.com** <br> **Amy@wflawfirm.com** <br> **Attorneys for Plaintiff** |

Plaintiff, Melissa Gomez ("Gomez"), through counsel and pursuant to discussions held at the Case Management Conference on August 20, 2013, moves this Court for leave to amend her complaint by interlineation.

On May 13, 2013, Plaintiff filed her Class and Collective Action Complaint with Jury Demand.  On June 6, 2013, Defendant filed its Answer to Plaintiff's complaint.  In its Answer, Defendant identified itself as ERMC Property Management Company of

Illinois, LLC.

Plaintiff seeks herein to amend her complaint, including the caption, to name "ERMC Property Management Company of Illinois, LLC" and remove "ERMC Property Management Company, LLC" as Defendant.  Plaintiff further seeks to amend paragraph 8 of her complaint to state the following:

> "Defendant, ERMC Property Management Company of Illinois, LLC ("Defendant"), is a foreign limited liability company organized under the laws of the State of Illinois, conducting business in the State of Ohio, County of Lucas, City of Toledo.  At all times relevant to this Complaint, Defendant was Plaintiff's employer."

With ERMC Property Management Company of Illinois, LLC substituted as Defendant, all other allegations of Plaintiff's complaint remain the same as against Defendant ERMC Property Management Company of Illinois, LLC.

Plaintiff submits this Motion to Amend without objection from Defendant. Further, Defendant's counsel has indicated that it will accept service of the Amended Complaint upon service of this Motion to Amend by Interlineation by the operation of the Court's electronic filing system.

**WHEREFORE,** Plaintiff requests that the Court issue an order amending Plaintiff's Class and Collective Action Complaint with Jury Demand as outlined above by interlineation.

Respectfully submitted,

s/Kera L. Paoff
John D. Franklin (0055359)
Kera L. Paoff (0082674)
Amy L. Zawacki (0082683)
Attorneys for Plaintiff(s)

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Plaintiff's Consented to Motion to Amend Complaint By Interlineation was filed electronically on <u>August 26, 2013</u>.  Notice of this filing will be sent to Robert J. Gilmer, Heidi N. Hartman, and Michael W. Regnier, Counsel for Defendant, by operation of the Court's electronic filing system.


<u>s/ Kera L. Paoff</u>
Kera L. Paoff (0082674)